SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
DOUGLAS R. HART, Cal. Bar No. 115673
JENNIFER B. ZARGAROF, Cal. Bar No. 204382
DANIEL J. McQUEEN, Cal. Bar No. 217498
JULIE WONG, Cal. Bar No. 247342
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
dhart@sheppardmullin.com
jzargarof@sheppardmullin.com
dmcqueen@sheppardmullin.com
jwong@sheppardmullin.com

Attorneys for Defendants LONGS DRUG STORES CALIFORNIA, INC.; LONGS DRUG STORES CORPORATION; LONGS DRUG STORES CALIFORNIA, L.L.C., LONGS DRUG STORES, L.L.C., CVS CAREMARK CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LONGS DRUG STORES CALIFORNIA, INC., a California corporation; LONGS DRUG STORES CORPORATION, a Maryland corporation; LONGS DRUG STORES CALIFORNIA, L.L.C., a California limited liability corporation; LONGS DRUG STORES, L.L.C., a Maryland limited liability corporation; CVS CAREMARK CORPORATION, a Delaware corporation;<br><br>　　　　　　Defendants. | Case No.: 08-cv-2156 W NLS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: November 16, 2009<br>Time: 10:30 a.m.<br>Room: 7<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULE<br><br>[Filed concurrently with Memorandum of Points and Authorities, Separate Statement of Undisputed Material Facts, Request for Judicial Notice, Declarations of Sandy Reynoso and Daniel J. McQueen, and [Proposed] Order]<br><br>[Complaint Filed: November 21, 2008]<br>Trial Date: None Set |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on November 16, 2009, at 10:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 7 of the United States District Court for the Southern District of California, located at 880 Front Street, #4290, San Diego, California 92101, the Honorable Thomas J. Whelan presiding, Longs Drug Stores California, Inc., Longs Drug Stores Corporation, Longs Drug Stores California, L.L.C., Longs Drug Stores, L.L.C., and CVS Caremark Corporation (collectively "Defendants") will and hereby do move the Court pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment, or alternately, partial summary judgment, in favor of Defendants and against Plaintiff Charles Jones ("Plaintiff").

Defendants move for summary judgment, or alternately, partial summary judgment, on the ground that there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law based on the following:

1. Plaintiff's First Cause of Action for an alleged violation of California Labor Code section 226 fails because Plaintiff's paystubs complied with the statute by showing the total hours worked by Plaintiff, the name and address of Plaintiff's employer, and the last four digits of Plaintiff's social security number or, alternately, Plaintiff's employee identification number. (Separate Statement of Undisputed Material Facts, Facts Nos. 1-7.)

2. Plaintiff's First Cause of Action for an alleged violation of California Labor Code section 226 fails because Plaintiff did not suffer any injury as a result of his paystubs. (Separate Statement of Undisputed Material Facts, Facts Nos. 8-10.)

3. Plaintiff's First Cause of Action for an alleged violation of California Labor Code section 226 fails because Defendants did not knowingly and intentionally issue non-compliant paystubs. (Separate Statement of Undisputed Material Facts, Facts Nos. 11-16.)

4. Plaintiff's First Cause of Action for an alleged violation of California Labor Code section 226 fails because Plaintiff is not a current employee and, therefore, does not have standing to seek injunctive relief on behalf of himself or a putative class. (Separate Statement of Undisputed Material Facts, Fact No. 17.)

5. Plaintiff's First Cause of Action for an alleged violation of California Labor Code section 226 fails because Plaintiff's paystubs complied with the statute by showing the total hours worked by Plaintiff, the name and address of Plaintiff's employer, and the last four digits of Plaintiff's social security number or, alternately, Plaintiff's employee identification number. As such, there is no allegedly unlawful conduct to enjoin. (Separate Statement of Undisputed Material Facts, Facts Nos. 18-23.)

Defendants' motion is based upon this Notice of Motion and Motion, the following Memorandum of Points and Authorities, the concurrently filed Declarations of Sandy Reynoso and Daniel J. McQueen, Defendants' Request for

Judicial Notice, all pleadings and papers filed in this action, and such other argument and evidence as the Court may entertain.

Dated: October 15, 2009     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Douglas R. Hart
DOUGLAS R. HART
JENNIFER B. ZARGAROF
DANIEL J. McQUEEN
JULIE WONG

Attorneys for Defendants LONGS DRUG STORES CALIFORNIA, INC.; LONGS DRUG STORES CORPORATION; LONGS DRUG STORES CALIFORNIA, L.L.C., LONGS DRUG STORES, L.L.C., CVS CAREMARK CORPORATION

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On **October 19, 2009**, I served the following document(s) described below as:

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**

on the interested parties as follows:

Marc Primo
Matthew T. Theriault
Dina Livhits
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, CA  90067
telephone:  310-556-5637
facsimile:  310-861-9051

☒ **BY CM/ECF SYSTEM**: I caused the above-referenced document(s) to be sent by electronic transmission to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **October 19, 2009**, at Los Angeles, California.

/s/ *Lynda G. Johnson*
Lynda G. Johnson