# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Charles Jones

V.

Longs Drug Stores California Inc , Longs Drug Stores Corporation , Longs Drug Stores California LLC , Longs Drug Stores LLC, CVS Caremark Corporation

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv2156-W(NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants Defendants' motion for summary judgment. Specifically, the Court enters judgment against Plaintiff and in favor of Defendants on the one and only cause of action contained in the First Amended Complaint...............................................................................
........................................................................................................................................................

| September 13, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON September 13, 2010